# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3005-2 |
| V. | ) | |
| MELISSA SPEAR, | ) | ORDER |
| Defendant. | ) | |

Because the government has the exclusion power to file such a motion,

IT IS ORDERED that the defendant's motion to reduce her sentence (filing 98) is denied. The Clerk's office shall provide the defendant with a copy of this order at her last known address.

DATED this 15th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge