IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3005 |
| V. | ) | |
| MELISSA SPEAR, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that the "defendant's response to court's memorandum and order" (filing 112) is denied.

DATED this 13th day of September, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge